**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE: PROCTER & GAMBLE COMPANY "PROTECT, GROW, AND RESTORE" MARKETING AND SALES PRACTICES LITIGATION | Case No. 2:25-md-03157-DRC-KAJ<br><br>Judge Douglas R. Cole<br><br>Magistrate Judge Kimberly A. Jolson |

**JOINT STATUS REPORT REGARDING DISCOVERY AND CASE STATUS**

Plaintiffs Melissa Lowry, Lisa Kopecki, Michael Dunn, Adam Alzaidi, Dwight Chornomud, Melissa Ceuvas, Patricia Dean, Carole Grant, LaTronya Williams, Catherine DuPont, Pamela Giarrizzo, Cynthia Meuse, Teretta Willis, Sharon Beck, and Breanne Maggio ("Plaintiffs"), by and through their counsel, and The Procter & Gamble Company ("P&G" or "Defendant") (together with Plaintiffs, the "Parties"), by and through its counsel, have met and conferred and provide the Court with a joint status report regarding the following discovery and case management status:

**A.    Stipulated Case Schedule**

The Parties jointly proposed a schedule for initial case events in the September Joint Case Management Conference Status Report ("September Status Report"). Dkt. 13. At the September 25, 2025, Case Management Conference, the Court stated that it agreed with the proposed schedule and intended to enter the stipulated deadlines into a scheduling order. As such, the Parties have agreed to operate under the deadlines in the proposed schedule.

**B.    Update on Recent Filings**

Pursuant to the schedule outlined in the September Status Report, Plaintiffs filed the Consolidated Class Action Complaint on September 30, 2025. Dkt. 16. Plaintiffs then filed their unopposed Motion for Appointment of Interim Class Counsel on October 13, 2025. Dkt. 17. The Motion for Appointment of Interim Class Counsel is currently pending.

On October, 30, 2025, Defendant filed its Motion to Dismiss Plaintiffs' Consolidated Class Action Complaint, Dkt. 18, along with a Request for Judicial Notice in Support of its Motion to Dismiss, Dkt. 20. Plaintiffs intend to file oppositions to these motions on December 12, 2025, and Defendant intends to file its reply briefs on January 26, 2026.

Finally, Plaintiff Maggio filed a notice of voluntary dismissal for claims against Defendant Rainforest Alliance, Inc., only, and without prejudice. No. 2:25-cv-921, Dkt. 59.

C.  **Update on Discovery Status**

On October 30, 2025, Plaintiffs requested that P&G produce documents sufficient, in P&G's good faith determination, to identify P&G teams and key employees likely to have relevant information to the claims at issue. Defendant's deadline to produce responsive documents and/or otherwise respond in good faith to Plaintiffs' request is February 6, 2026.

D.  **Update on Mediator Identification**

While the Parties agreed that mediation was premature in their last Joint Status Report, and still believe it is, the Parties are abiding by the Magistrate Jolson's order to identify a potential mediator now. Accordingly, the Parties have been actively discussing the selection of a mediator for this litigation and have identified several possible candidates. The Parties will update the Court in the next Status Report once a mediator has been selected.

Dated this 3rd day of November, 2025.

Respectfully submitted,

By: */s/ Terence R. Coates*
    Terence R. Coates (0085579)
**MARKOVITS, STOCK & DEMARCO, LLC**
119 E. Court Street, Suite 530
Cincinnati, OH 45202
Tel: (513) 6651-3700
Fax: (513) 665-0219
tcoates@msdlegal.com

Steve W. Berman (admitted *pro hac vice*)
Catherine Y.N. Gannon (admitted *pro hac vice*)
**HAGENS BERMAN SOBOL SHAPIRO LLP**
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Tel: (206) 623-7292
steve@hbsslaw.com
catherineg@hbsslaw.com

Rebecca A Peterson (admitted *pro hac vice*)
Catherine A. Peterson
Krista Freier
**GEORGE FELDMAN MCDONALD PLLC**
1650 W 82nd Street, Suite 880
Bloomington, MN 55431

By:  */s/ David J. Lender*
    David J. Lender (admitted *pro hac vice*)
Aaron J. Curtis (admitted *pro hac vice*)
Elaina K. Aquila (admitted *pro hac vice*)
**WEIL GOTSHAL & MANGES**
767 Fifth Avenue
New York, NY 10153
Tel: (212) 310-8901
aaron.curtis@weil.com
david.lender@weil.com
elaina.aquila@weil.com

David R. Singh (admitted *pro hac vice*)
**WEIL GOTSHAL & MANGES**
201 Redwood Shores Pkwy # 400 Redwood City, CA 94065
david.singh@weil.com

Elizabeth P. Kessler (0061730)
**JONES DAY**
325 John H. McConnell Blvd, Suite 600
Columbus, OH 43215
Tel: (614) 281-3852
ekessler@jonesday.com

*Attorneys for Defendant*

Tel: (612) 778-9595
Fax: (888) 421-4173
rpeterson@4-justice.com
cpeterson@4-justice.com
kfreier@4-justice.com

Kim E. Richman (admitted *pro hac vice*)
Jennifer K. Church (admitted *pro hac vice*)
**RICHMAN LAW & POLICY**
1 Bridge Street, Suite 83
Irvington, NY  10533
Tel: (212) 687-8291
krichman@richmanlawpolicy.com
jchurch@richmanlawpolicy.com

*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on November 3, 2025, the foregoing was served upon all parties through their counsel of record by filing it with the Court's electronic-filing system, in accordance with Fed. R. Civ. P. 5(b)(2)(E) and S.D. Ohio Civ. R. 5.2(b).

                                            */s/ Terence R. Coates*
                                            Terence R. Coates (0085579)